UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:22-cr-374-TPB-TGW
18 U.S.C. § 875(c)

JUSTIN RANCOURT

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or around November 2020 and continuing through and including in or around May 2021, in the Middle District of Florida, and elsewhere, the defendant,

JUSTIN RANCOURT,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another with intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat, that is, by making threats via text message to injure and kill Victim 1.

In violation of 18 U.S.C. § 875(c).

### COUNT TWO

Beginning on or around November 2020 and continuing through and including in or around May 2021, in the Middle District of Florida, and elsewhere,

the defendant,

## JUSTIN RANCOURT,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another with intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat, that is, by making threats via text message to injure and kill Victim 2.

In violation of 18 U.S.C. § 875(c).

### **FORFEITURE**

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Candace Garcia Rich
Assistant United States Attorney

By: _____
Rachelle DesVaux Bedke
Assistant United States Attorney
Chief, Economic Crimes Section

FORM OBD-34
October 22

No.2021R01034

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JUSTIN RANCOURT

## INDICTMENT

Violations: 18 U.S.C. § 875(c)

A true bill.

_____
Foreperson

Filed in open court this 26 day of October, 2022.

_____
Clerk

Bail $_____

GPO 863 525